Debtor:     Frederick Dean Poage                    Case No. 26-20006
Co-Debtor:  Annie Beth Poage

# AFFIDAVIT AND DISCLOSURE OF DOMESTIC SUPPORT OBLIGATION

THE STATE OF TEXAS, COUNTY OF RANDALL

<u>Frederick & Annie Poage,</u> debtor(s) of full age deposes and says:

Section I:

__X__ I/We affirm that I/We do **not** owe any person or entity a debt defined in 11 USC 101(14) (A) as a "domestic support obligation".

_____ I/We affirm that I/We **do** owe any person or entity a debt defined in 11 USC 101(14) (A) as a "domestic support obligation".

_____ The name, address, and telephone number of the holder(s) of a domestic support obligation claim(s) is/are:
   Name:          Address:                    Telephone Number:
   _____
   _____

_____ The name, address, and telephone number of the Servicing Agent(s) of the holder of a domestic support obligation claim is/are:
   Name:          Address:                    Telephone Number:
   _____
   _____

Section II:
_____ I/We affirm that I/We are current on any and all domestic support obligation payments that have come due since the date of my/our bankruptcy petition as required by 11 USC 1325(a)(8).

I/WE DECLARE under penalty of perjury that the foregoing information is true and correct.

Date: 01/12/2026

Debtor: Frederick Dean Poage

Debtor: Annie Beth Poage