## 2121 - Frederick D. Poage, DO, PLLC
## Payroll Journal - Detailed
All Bank Accounts
January 1, 2025 - December 31, 2025

*60 day paystubs*

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| **2622** | | **Poage, Frederick D** | | | **Check # 102025** | | **10/20/25** |
| Officer's Salary | 20,000.00 | 0.0000 | 20,000.00 | FICA-SS | 1,240.00 | | |
| | | | | FICA-MED | 290.00 | | |
| | | | | FIT | 5,000.00 | | |
| Totals | | 0.0000 | 20,000.00 | | 6,530.00 | | 0.00 |
| | | | | | | Net Check | 13,470.00 |
| | | | | | | Net Pay | 13,470.00 |

**Company Expenses**
ERFICA-SS: 1240.00    ERFICA-MED: 290.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2622** | | **Poage, Frederick D** | | | **Check # 112025** | | **11/20/25** |
| Officer's Salary | 20,000.00 | 0.0000 | 20,000.00 | FICA-SS | 1,240.00 | | |
| | | | | FICA-MED | 290.00 | | |
| | | | | FIT | 5,000.00 | | |
| Totals | | 0.0000 | 20,000.00 | | 6,530.00 | | 0.00 |
| | | | | | | Net Check | 13,470.00 |
| | | | | | | Net Pay | 13,470.00 |

**Company Expenses**
ERFICA-SS: 1240.00    ERFICA-MED: 290.00

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **2622** | | **Poage, Frederick D** | | | **Check # 121925** | | **12/19/25** |
| Officer's Salary | 20,000.00 | 0.0000 | 20,000.00 | FICA-SS | 1,240.00 | | |
| | | | | FICA-MED | 290.00 | | |
| | | | | FIT | 5,000.00 | | |
| Totals | | 0.0000 | 20,000.00 | | 6,530.00 | | 0.00 |
| | | | | | | Net Check | 13,470.00 |
| | | | | | | Net Pay | 13,470.00 |

**Company Expenses**
ERFICA-SS: 1240.00    ERFICA-MED: 290.00

Check count = 8

**Texas Tech Earnings Statement Detail**
Texas Tech University System
Box 41092
Lubbock, Texas 79409
806-742-3211

TTU
60 day Paystubs
Frederick Poage
Dec 2025

**Pay Date: 12/01/2025**

| Type | Current | YTD |
|---|---|---|
| Gross | $1,250.00 | $15,000.00 |
| Total Personal Deductions | $95.62 | $1,147.50 |
| Net | $1,154.38 | $13,852.50 |
| Employer Contributions | $98.12 | $1,177.50 |

| | |
|---|---|
| ID: | R00766295 |
| SSN/SIN/TIN: | *****2622 |
| Name: | Frederick Dean Poage |
| Address: | 7403 New England Pkwy, Amarillo, Texas 79119-6258 |
| Pay Period: | 11/01/2025 to 11/30/2025 |
| Pay Number: | Monthly - Exempt 12 |

### Earnings

| Job | Title | Earnings | Shift | Hours or Units | Rate | Amount | YTD |
|---|---|---|---|---|---|---|---|
| H98380-00 | Clinical Assoc Professor HSC | Regular Salaried | 1 | | | $1,250.00 | $15,000.00 |
| | | | | | Total: | $1,250.00 | $15,000.00 |

### Benefits, Deductions, and Taxes

| Benefit or Deduction | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Taxes** | | | | | | |
| Additional Medicare Tax 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $15,000.00 |
| FICA Medicare Hosp Ins | $18.12 | $217.50 | $18.12 | $217.50 | $1,250.00 | $15,000.00 |
| FICA OASDI | $77.50 | $930.00 | $77.50 | $930.00 | $1,250.00 | $15,000.00 |
| Federal Income Tax Withholding | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $15,000.00 |
| **Deductions after Federal Tax** | | | | | | |
| HSC Workers Comp Insurance | $0.00 | $0.00 | $2.50 | $30.00 | $1,250.00 | $15,000.00 |
| Total: | $95.62 | $1,147.50 | $98.12 | $1,177.50 | | |

### Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 9975171 | Direct Deposit | AMARILLO NATIONAL BANK | Checking | $1,154.38 |

### Federal Income Tax Withholding

| Filing Status | NRA Ind | 2C Ind | Additional Withholding | Dependent Amount | Other Income | Deductions |
|---|---|---|---|---|---|---|
| Married Filing Jointly | No | No | $0.00 | $0.00 | $0.00 | $0.00 |

**Texas Tech Earnings Statement Detail**

Texas Tech University System
Box 41092
Lubbock, Texas 79409
806-742-3211

**Pay Date: 11/03/2025**

| Type | Current | YTD |
|---|---|---|
| Gross | $1,250.00 | $13,750.00 |
| Total Personal Deductions | $95.63 | $1,051.88 |
| Net | $1,154.37 | $12,698.12 |
| Employer Contributions | $98.13 | $1,079.38 |

ID: R00766295
SSN/SIN/TIN: *****2622
Name: Frederick Dean Poage
Address: 7403 New England Pkwy, Amarillo, Texas 79119-6258
Pay Period: 10/01/2025 to 10/31/2025
Pay Number: Monthly - Exempt 11

*NOV 2025* (handwritten)

## Earnings

| Job | Title | Earnings | Shift | Hours or Units | Rate | Amount | YTD |
|---|---|---|---|---|---|---|---|
| H98380-00 | Clinical Assoc Professor HSC | Regular Salaried | 1 | | | $1,250.00 | $13,750.00 |
| | | | | | Total: | $1,250.00 | $13,750.00 |

## Benefits, Deductions, and Taxes

| Benefit or Deduction | Employee | Employee YTD | Employer | Employer YTD | Applicable Gross | Applicable Gross YTD |
|---|---|---|---|---|---|---|
| **Taxes** | | | | | | |
| Additional Medicare Tax 2013 | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $13,750.00 |
| FICA Medicare Hosp Ins | $18.13 | $199.38 | $18.13 | $199.38 | $1,250.00 | $13,750.00 |
| FICA OASDI | $77.50 | $852.50 | $77.50 | $852.50 | $1,250.00 | $13,750.00 |
| Federal Income Tax Withholding | $0.00 | $0.00 | $0.00 | $0.00 | $1,250.00 | $13,750.00 |
| **Deductions after Federal Tax** | | | | | | |
| HSC Workers Comp Insurance | $0.00 | $0.00 | $2.50 | $27.50 | $1,250.00 | $13,750.00 |
| Total: | $95.63 | $1,051.88 | $98.13 | $1,079.38 | | |

## Check or Direct Deposit

| Number | Document Type | Bank Name | Account Type | Amount |
|---|---|---|---|---|
| 9944408 | Direct Deposit | AMARILLO NATIONAL BANK | Checking | $1,154.37 |

## Federal Income Tax Withholding

| Filing Status | NRA Ind | 2C Ind | Additional Withholding | Dependent Amount | Other Income | Deductions |
|---|---|---|---|---|---|---|
| Married Filing Jointly | No | No | $0.00 | $0.00 | $0.00 | $0.00 |