# 3100 - Wild Blue Counseling, PLLC
## Payroll Journal - Detailed
All Bank Accounts

November ~~January~~ 1, 2025 - December 31, 2025

*60 day paystubs*

| Pay Description | Rate | Hours | Amount | Withholding Taxes | Amount | Deductions | Amount |
|---|---|---|---|---|---|---|---|
| 3382 | | Poage, Annie B | | Check # 111525 | | | 11/14/25 |
| Officer's Salary | 1,750.00 | 0.0000 | 1,750.00 | FICA-SS | 108.50 | Distributions | 133.88 |
| | | | | FICA-MED | 25.38 | | |
| | | | | FIT | 437.50 | | |
| Totals | | 0.0000 | 1,750.00 | | 571.38 | | 133.88 |
| | | | | | | Net Check | 1,044.74 |
| | | | | | | Net Pay | 1,044.74 |
| **Company Expenses** | | | | | | | |
| ERFICA-SS: 108.50  ERFICA-MED: 25.38 | | | | | | | |
| 3382 | | Poage, Annie B | | Check # 111725 | | | 11/17/25 |
| Officer's Salary | 1,750.00 | 0.0000 | 1,750.00 | FICA-SS | 108.50 | Distributions | 133.89 |
| | | | | FICA-MED | 25.37 | | |
| | | | | FIT | 437.50 | | |
| Totals | | 0.0000 | 1,750.00 | | 571.37 | | 133.89 |
| | | | | | | Net Check | 1,044.74 |
| | | | | | | Net Pay | 1,044.74 |
| **Company Expenses** | | | | | | | |
| ERFICA-SS: 108.50  ERFICA-MED: 25.37 | | | | | | | |
| 3382 | | Poage, Annie B | | Check # 120125 | | | 12/01/25 |
| Officer's Salary | 1,750.00 | 0.0000 | 1,750.00 | FICA-SS | 108.50 | Distributions | 133.88 |
| | | | | FICA-MED | 25.38 | | |
| | | | | FIT | 437.50 | | |
| Totals | | 0.0000 | 1,750.00 | | 571.38 | | 133.88 |
| | | | | | | Net Check | 1,044.74 |
| | | | | | | Net Pay | 1,044.74 |
| **Company Expenses** | | | | | | | |
| ERFICA-SS: 108.50  ERFICA-MED: 25.38 | | | | | | | |
| 3382 | | Poage, Annie B | | Check # 121525 | | | 12/15/25 |
| Officer's Salary | 1,750.00 | 0.0000 | 1,750.00 | FICA-SS | 108.50 | Distributions | 133.89 |
| | | | | FICA-MED | 25.37 | | |
| | | | | FIT | 437.50 | | |
| Totals | | 0.0000 | 1,750.00 | | 571.37 | | 133.89 |
| | | | | | | Net Check | 1,044.74 |
| | | | | | | Net Pay | 1,044.74 |
| **Company Expenses** | | | | | | | |
| ERFICA-SS: 108.50  ERFICA-MED: 25.37 | | | | | | | |

Check count = 24