UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br>**Frederick Dean Poage**<br>**Annie Beth Poage,**<br><br>Debtor(s). | § CASE NO. 26-20006-bwo7<br>§<br>§<br>§<br>§<br>§ |

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☐  is the first mail matrix in this case.

X  adds entities not listed on previously filed mailing list(s).

☐  changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐  deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: January 26, 2026

/s/Van W. Northern
Attorney for Debtor

/s/Frederick Dean Poage            2622
Debtor: Frederick Dean Poage       Debtor's Social Security (*last four digits only*)

/s/ Annie Beth Poage               3382
Debtor: Annie Beth Poage           Debtor's Social Security (*last four digits only*)

**DEBTORS:** FREDERICK DEAN POAGE  
ANNIE BETH POAGE

CASE NO: 26-20006-BWO7

**CREDITORS ADDED TO MATRIX:**

RT Investments  
Po Box 31832  
Amarillo, TX 79120

Angel Bergum  
3445 Delta Queen Ave  
Sacramento, CA 95833-9786

PR Global Reservations LLC  
c/o Palace Elite Resort Membership  
8400 Nw 33rd St, Ste 406  
Doral, FL 33122-1910

Itria Ventures LLC  
Attn: Bankruptcy  
1 Penn Plz Ste 3101  
New York, NY 10119-000

Northwest Texas Health Care Systems  
PO Box 9633  
Amarillo, TX 79106

Allegro Credit  
Po Box 748966  
Los Angeles, CA 90074-8966

Commercial Bank of Texas  
Po Box 635055  
Nacogdoches, TX 75963